IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) Criminal No. 05-54    Erie<br>) |
| JAMES MICHAEL KLOS | ) (26 U.S.C. §5861(d)) |

## INDICTMENT

The grand jury charges:

In and around July 2005, in the Western District of Pennsylvania, the defendant, JAMES MICHAEL KLOS, did knowingly and unlawfully possess a firearm, as defined in Title 26, United States Code, Section 5845(a)(2), which was not registered to him in the National Firearms Registration and Transfer Record, specifically, a weapon made from a 12 gauge Crescent Firearms Company shotgun having a barrel less than 18 inches in length as modified.

In violation of Title 26, United States Code, Section 5861(d).

A True Bill,

*Mary Beth Buchanan*
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254