IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | | |
|---|---|---|---|
| | ) | | |
| v. | ) | Criminal No. 05-54 | Erie |
| | ) | | |
| JAMES MICHAEL KLOS | ) | | |

## REQUEST FOR SUMMONS

To: Clerk of Court
United States District Court
Western District of Pennsylvania

Please issue a Summons instead of an Arrest Warrant for defendant James Michael Klos, in accordance with Rule 9 of the Federal Rules of Criminal Procedure.

It is suggested that defendant James Michael Klos, be summoned to appear before the Court for arraignment, to post bond and file an appearance of counsel.

It is further suggested that bond be set at $10,000 unsecured.

Offense charged in the Indictment is: possession of an unregistered firearm (26 U.S.C. §5861(d)).

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

Dated: December ____, 2005