# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. )
)
Plaintiff )
)
vs. ) No. CR 05-54 Erie
)
James Michael Klos )
)
Defendant )

HEARING ON Sentencing

Held on Monday 9-18-06

Before Judge Sean J. McLaughlin

Chris Trabold, AUSA          James Brink

Appear for Plaintiff         Appear for Defendant

Hearing begun 9:59 am        Hearing adjourned to 10:23 am

Hearing concluded C.A.V. ___ Stenographer R. Burich

                             Clerk N. Kiercek

WITNESSES:

For Plaintiff        For Defendant

~~No Request for Downward Departure Granted~~
Testimony on behalf of ∆ - Robert Fritz and Michelle Mullock.
∆ Sentenced to 12 months probation; Special Assessment of $100.00 due forthwith; fine waived; Restitution N/a; 50 hrs Community Service; Suspended drug tests.
J & C to follow.