*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Criminal Number 05-54E |
| ) | |
| JAMES KLOS ) | |

*The above named defendant satisfied the judgment of SEPTEMBER 18, 2006 by paying on SEPTEMBER 18, 2006 the full balance due on his/her court ordered:*

      __X__ *Assessment*
      _____ *Fine*
      _____ *Costs*
      _____ *other*

*The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.*

_____  10/2/06
*Deputy Clerk*          *Date*